IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CALVIN L. MATHIS,

    Petitioner,

vs.                                    CASE NO. 5:07cv20/RS-MD

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 21) and Petitioner's Objection To The Report and Recommendation (Doc. 22). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Respondent's Motion to Dismiss (Doc. 17) is **granted,** and the Amended Petition for Writ of Habeas Corpus (Doc. 14), which challenges the convictions and sentences in *State of Florida v. Calvin Lee Mathis*, Circuit Court of Calhoun County, Florida, Case Nos. 96-250 and 96-253, is dismissed with prejudice.

3. The clerk is directed to close the file.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**