IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CALVIN L. MATHIS,

    Petitioner,

vs.                                      CASE NO. 5:07cv20/RS-MD

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

Before me is Petitioner's Notice of Appeal (Doc. 25), which shall also be construed as an application for a certificate of appealability. A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right. Petitioner's petition is untimely, and he does not contend that he was prevented from timely filing his petition by extraordinary circumstances that were both beyond his control and unavoidable even with diligence. There is no new evidence of actual innocence. The alleged alteration of the negotiated settlement on the written plea agreement has been part of the record since the time judgment was entered.

    ORDERED on December 13, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**